537 U.S. 1010
 AGUILAR-MORENO
v.
UNITED STATES;
ALVAREZ-BLANCO
v.
UNITED STATES;
DE LA CRUZ-HERNANDEZ
v.
UNITED STATES;
RODARTE-RODRIGUEZ
v.
UNITED STATES;
RAMOS-HIPOLITO, AKA RAMOS
v.
UNITED STATES; and
HERRERA-TORRES, AKA LOPEZ AYALA
v.
UNITED STATES.
 No. 02-6461.
 Supreme Court of United States.
 November 4, 2002.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 45 Fed. Appx. 321 (second, fifth, and sixth judgments) and 322 (first, third, and fourth judgments).